Jacob Frank, appellant, v. Thomas T. Hoskins Company, appellee. Gen. No. 29,535.

Suit on promissory notes. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed and judgment here. Opinion filed June 22, 1925. Rehearing denied July 10, 1925.

Lawrence E. Dowd, for appellant. Sinden & Hassell, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Henry J. Mueller, appellee, v. George M. Hayes, appellant. Gen. No. 29,558.

Action for personal injuries sustained in collision between motorcycle and automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925. Rehearing denied July 10, 1925.

Roscoe L. Roberts and Everett M. Swain, for appellant. Elmer W. Adkinson and Earl J. Walker, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

Aaron Cohn, appellant, v. Eugene A. Hughes, administrator de bonis non of the estate of Sarah Elizabeth Turner, deceased, appellee. Gen. No. 29,567.

Action for real estate commissions. Judgment for the defendant. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed June 22, 1925.

Edward N. Sherburne, for appellant; George M. Burditt, of counsel. Whitman & Miller, for appellee; Henry G. Miller, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Joseph Greenwald and Abraham Z. Cohen, trading as Greenwald & Cohen, appellees, v. Morris Wilensky and Annie Wilensky, appellants. Gen. No. 29,636.

Action for real estate commissions. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Frank E. Reed, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed with finding of facts. Opinion filed June 22, 1925.

Archie H. Cohen, for appellants; Folsom, Asay & Streeter, of counsel. Rudolph Frankenstein, for appellees.

Mr. Justice Johnston delivered the opinion of the court.